■ In the Matter of ORLANDO RIOS, Petitioner, v NORMAN BEZIO, Director, Special Housing Unit, Midstate Correctional Facility, Respondent. [879 NYS2d 781]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [John W. Grow, J.], entered August 26, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Green, JJ.

■ In the Matter of KWAMELL SMITH, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [879 NYS2d 782]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 22, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Green, JJ.

■ In the Matter of MARY POPE, Petitioner, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES et al., Respondents. [879 NYS2d 783]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Joseph G. Makowski, J.], entered June 5, 2008) to review a determination of the Commissioner of respondent New York State Office of Children and Family Services. The determination, after a hearing, denied the application of petitioner to amend an indicated report of child maltreatment to an unfounded report and to seal the amended report.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Green, JJ.